# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:06-CR-92 |
| ) | (Phillips) |
| BERNADETTE TRENT WEST ) | |

## ORDER

Defendant's motion to file her response to the government's motion for downward departure under seal [Doc. 152] is **GRANTED.**

**ENTER:**

          s/ Thomas W. Phillips
         United States District Judge